UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 2:22-CV-730-SPC-KCD

MARLENE MORTEN,

    Defendant,
_____/

## **ORDER**

The scheduling order in this case requires the parties to attend mediation on or before May 30, 2025. (Doc. 55.) Defendant Marlene Morten now moves to have mediation proceed before a judge of this Court. Her request is **DENIED**. The local rules envision that "a qualified and neutral lawyer" will preside over mediation. M.D. Local R. 4.01. Morten has not presented any compelling or extraordinary circumstances to dispense with this requirement. Her only substantive argument is that it will be "cost-effective" and save her "the cost of a private mediator." (Doc. 55 at 2.) But the same could be said of every case. The Court does not have the resources to preside over every case *and* act as a neutral arbiter to save the parties a few bucks. To the extent Morten is concerned about cost, she can request to have the mediator fee waived under Local Rule 4.02(e). Finally, this issue should

have been brought to the Court's attention months ago, not a few weeks before the mediation deadline.

**ORDERED** in Fort Myers, Florida on May 19, 2025.

Kyle C. Dudek
United States Magistrate Judge