UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                    Case No. 2:22-CV-730-SPC-KCD

MARLENE MORTEN,

    Defendant,
_____/

## ORDER

This matter was before the Court for oral argument on several discovery motions. For the reasons stated on the record, it is now **ORDERED**:

1. The Joint Motion to Stay (Doc. 65) is **DENIED AS MOOT**;

2. Defendant's Emergency Motion for a Protective Order to Stay Depositions (Doc. 59) is **DENIED AS MOOT**;

3. Plaintiff's Emergency Motion for Protective Order (Doc. 56) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. The decus tecum request accompanying Defendant's Rule 30(b)(6) deposition notice is stricken;

    b. The following topics designated in the Rule 30(b)(6) notice are stricken: 1, 2, 7, 9, 13, 14, 19,

    c. The following topics designated in the Rule 30(b)(6) notice are stricken in part as relayed on the record: 4, 5, 6, 8, 12, 16, 22, 23, 24,

    d. The motion is otherwise denied.

4. The Court will enter a new scheduling order for the parties to complete the cancelled depositions.

**ENTERED** in Fort Myers, Florida on June 6, 2025.

_____
Kyle C. Dudek
United States Magistrate Judge